```
FILED
CLERK, U.S. DISTRICT COURT
9/12/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CDO___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ANDRE MURPHY,<br><br>　　　　Defendant. | CR No. 2:24-cr-00545-SB<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. 924 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

　　The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

　　On or about July 9, 2024, in Los Angeles County, within the Central District of California, defendant ANDRE MURPHY knowingly possessed a firearm, namely, a Taurus Armas, Model G2C, .40 S&W caliber semi-automatic pistol, bearing serial number ADJ694740, and ammunition, namely, seven rounds of Remington-Peters .40 S&W caliber ammunition and eight rounds of Cascade Cartridge Inc. .40 S&W caliber ammunition, each in and affecting interstate and foreign commerce.

　　Defendant MURPHY possessed such firearm and ammunition knowing that he previously had been convicted of at least one of the

following felony crimes, each punishable by a term of imprisonment exceeding one year:

    1.   Robbery, in violation of California Penal Code Section 211, in the Superior Court for the State of California, County of Los Angeles, Case Number NA078156, on or about July 22, 2008;

    2.   Felon in Possession of a Firearm, in violation of California Penal Code Section 12021(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number TA112036, on or about August 19, 2010; and

    3.   Assault with a Deadly Weapon/Semi-Automatic Rifle, in violation of California Penal Code Section 245(b), in the Superior Court for the State of California, County of Los Angeles, Case Number YA094892, on or about April 27, 2023.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. If so convicted, defendant shall forfeit to the United States of America the following:

    a. All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

    b. To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of said defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

JASON A. GORN
Assistant United States Attorney
General Crimes Section